STATE OF NEW JERSEY v. JAMES THOMAS.

May 24, 1985.

Petition for certification denied.

MIDLAND INSURANCE COMPANY v. ANTHONY
P. COLATRELLA.

May 24, 1985.

Petition for certification granted.

ENITH BRITO, ADMINISTRATRIX OF THE ESTATE OF
CLIMACO BRITO v. ARTHUR SIMONS.

May 24, 1985.

Petition for certification denied.

CITY OF PATERSON v. PATERSON POLICE PBA, LOCAL # 1.

May 24, 1985.

Petition for certification denied.